US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 1 3 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) No. 5:15CR 50003-001 | |
| JIMMY DONALD FANT, JR. | ) 18 U.S.C. § 1703 | |

## INDICTMENT

The Grand Jury Charges:

On or about November 14, 2014, in the Western District of Arkansas, Fayetteville Division, the defendant, **JIMMY DONALD FANT, JR.**, then being a United States Postal Service employee, did unlawfully secrete, detain, delay and open approximately four items of mail entrusted to him, and which had come into his possession and intended to be conveyed by mail, in violation of 18 U.S.C. § 1703.

A True Bill.

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson

By: [signature] for

CONNER ELDRIDGE
UNITED STATES ATTORNEY

David R. Ferguson
Assistant U. S. Attorney
Arkansas Bar No. 85052
414 Parker Avenue
Fort Smith, AR  72901
479-783-5125